# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT<br><br>   Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 1:20-cv-01331-LMB-<br>TCB<br><br><br>STIPULATED MOTION AND<br>ORDER TO TRANSFER |

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant F5 Networks, Inc. ("F5 Networks") (collectively, "Parties") by and through their respective counsel of record, respectfully submit this Stipulated Motion to transfer this action to the United States District Court for the Western District of Washington.

The Parties hereby stipulate through their respective counsel as follows:

WHEREAS, on November 6, 2020, WSOU filed a Complaint for Patent Infringement against F5 Networks in the above-captioned action (Dkt. 1) ("the Action");

WHEREAS, on November 6, 2020, the Action was assigned to Judge Brinkema in the Alexandria Division of the Eastern District of Virginia;

WHEREAS, F5 Networks has not answered or otherwise responded to WSOU's Complaint for Patent Infringement;

WHEREAS, F5 Networks's Answer is due on January 5, 2021;

WHEREAS, the Parties stipulate to the transfer of the Action to the United States District Court for the Western District of Washington; and

WHEREAS, the Parties respectfully request the Court grant this Stipulated Motion and transfer the Action to the United States District Court for the Western District of Washington.

IT IS HEREBY STIPULATED AND AGREED, by among the Parties and their respective counsel of record and with the permission of the Court, that the Action be transferred to the United States District Court for the Western District of Washington.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Transfer is So Ordered

/s/

Leonie M. Brinkema
United States District Judge   12/30/20

2

Dated:  December 30, 2020


By:  */s/ D. Shane Brun*
     sbrun@kslaw.com (CA Bar No. 179079)
     (Pro hac vice forthcoming)
     King & Spalding LLP
     601 California Avenue, Suite 100
     Palo Alto, CA 94304
     Telephone: (415) 318-1245

     **Attorneys for Defendant**
     **F5 NETWORKS, INC.**

By:  */s/ Isaac P. Rabicoff*
     Isaac Philip Rabicoff
     isaac@rabilaw.com
     Rabicoff Law LLC
     5680 King Centre Dr., Suite 654
     Alexandria, VA 22315
     Telephone: (773) 669-4590

     Jonathan K. Waldrop (CA Bar No. 297903)
     (Pro hac vice forthcoming)
     jwaldrop@kasowitz.com
     Darcy L. Jones (CA Bar No. 309474)
     (Pro hac vice forthcoming )
     djones@kasowitz.com
     Marcus A. Barber (CA Bar No. 307361)
     (Pro hac vice forthcoming)
     mbarber@kasowitz.com
     John W. Downing (CA Bar No. 252850)
     (Pro hac vice forthcoming)
     jdowning@kasowitz.com
     Heather S. Kim (CA Bar No. 277686)
     (Pro hac vice forthcoming)
     hkim@kasowitz.com
     Jack Shaw (CA Bar No. 309382)
     (Pro hac vice forthcoming)
     jshaw@kasowitz.com
     ThucMinh Nguyen (CA Bar No. 304382)
     (Pro hac vice forthcoming)
     tnguyen@kasowitz.com
     **KASOWITZ BENSON TORRES LLP**
     333 Twin Dolphin Drive, Suite 200
     Redwood Shores, California 94065
     Telephone: (650) 453-5170
     Facsimile: (650) 453-5171

     Paul G. Williams (GA Bar No. 764925)
     (Pro hac vice forthcoming)
     pwilliams@kasowitz.com
     **KASOWITZ BENSON TORRES LLP**
     1230 Peachtree Street N.E., Suite 2445
     Atlanta, Georgia 30309
     Telephone: (404) 260-6080
     Facsimile: (404) 260-6081

     **Attorneys for WSOU INVESTMENTS,**
     **LLC d/b/a BRAZOS LICENSING AND**
     **DEVELOPMENT**