# U.S. District Court
# Eastern District of Virginia – (Alexandria)
# CIVIL DOCKET FOR CASE #: 1:20–cv–01331–LMB–TCB

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc.<br>Assigned to: District Judge Leonie M. Brinkema<br>Referred to: Magistrate Judge Theresa Carroll Buchanan<br>Cause: 35:271 Patent Infringement | Date Filed: 11/06/2020<br>Date Terminated: 12/30/2020<br>Jury Demand: Plaintiff<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development** | represented by | **Isaac Philip Rabicoff**<br>Rabicoff Law LLC<br>5680 King Centre Dr.<br>Suite 654<br>Alexandria, VA 22315<br>773–669–4590<br>Email: isaac@rabilaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**F5 Networks, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2020 | Ï 1 | Complaint *FOR PATENT INFRINGEMENT* ( Filing fee $ 400, receipt number 0422–7483934.), filed by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 2–A, # 4 Exhibit 2–B, # 5 Exhibit 2–C, # 6 Exhibit 2–D, # 7 Civil Cover Sheet, # 8 Civil cover sheet attachment)(Rabicoff, Isaac) (Entered: 11/06/2020) |
| 11/06/2020 | Ï 2 | NOTICE of Appearance by Isaac Philip Rabicoff on behalf of WSOU Investments, LLC d/b/a Brazos Licensing and Development (Rabicoff, Isaac) (Entered: 11/06/2020) |
| 11/06/2020 | Ï 3 | Corporate Disclosure Statement by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 11/06/2020) |
| 11/06/2020 | Ï 4 | Proposed Summons by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 11/06/2020) |
| 11/06/2020 | Ï 5 | Summons Issued as to F5 Networks, Inc. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Notice)(dvanm, ) (Entered: 11/06/2020) |
| 12/07/2020 | Ï 6 | WAIVER OF SERVICE Returned Executed by WSOU Investments, LLC d/b/a Brazos Licensing and Development. F5 Networks, Inc. waiver sent on 11/6/2020, answer due 1/5/2021. (Rabicoff, Isaac) (Entered: 12/07/2020) |
| 12/23/2020 | Ï 7 | Motion to appear Pro Hac Vice by Darcy Jones and Certification of Local Counsel Isaac Rabicoff Filing fee $ 75, receipt number 0422–7558107. by WSOU |

| | | |
|---|---|---|
| | | Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 12/23/2020) |
| 12/23/2020 | Ï 8 | Motion to appear Pro Hac Vice by Heather Kim and Certification of Local Counsel Isaac Rabicoff Filing fee $ 75, receipt number 0422−7558110. by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 12/23/2020) |
| 12/23/2020 | Ï 9 | Motion to appear Pro Hac Vice by Jack Shaw and Certification of Local Counsel Isaac Rabicoff Filing fee $ 75, receipt number 0422−7558111. by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 12/23/2020) |
| 12/23/2020 | Ï 10 | Motion to appear Pro Hac Vice by John Downing and Certification of Local Counsel Isaac Rabicoff Filing fee $ 75, receipt number 0422−7558115. by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 12/23/2020) |
| 12/23/2020 | Ï 11 | Motion to appear Pro Hac Vice by Jon Waldrop and Certification of Local Counsel Isaac Rabicoff Filing fee $ 75, receipt number 0422−7558117. by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 12/23/2020) |
| 12/23/2020 | Ï 12 | Motion to appear Pro Hac Vice by Marcus Barber and Certification of Local Counsel Isaac Rabicoff Filing fee $ 75, receipt number 0422−7558118. by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 12/23/2020) |
| 12/23/2020 | Ï 13 | Motion to appear Pro Hac Vice by Paul Williams and Certification of Local Counsel Isaac Rabicoff Filing fee $ 75, receipt number 0422−7558120. by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 12/23/2020) |
| 12/23/2020 | Ï 14 | Motion to appear Pro Hac Vice by ThucMinh Nguyen and Certification of Local Counsel Isaac Rabicoff Filing fee $ 75, receipt number 0422−7558123. by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 12/23/2020) |
| 12/29/2020 | Ï 16 | ORDER granting 7 Motion for Pro hac vice as to Darcy Jones. Signed by District Judge Leonie M. Brinkema on 12/29/2020. (dvanm, ) Modified on 12/30/2020 (dvanm, ). (Entered: 12/30/2020) |
| 12/29/2020 | Ï 17 | ORDER granting 8 Motion for Pro hac vice as to Heather Kim. Signed by District Judge Leonie M. Brinkema on 12/29/2020. (dvanm, ) Modified on 12/30/2020 (dvanm, ). (Entered: 12/30/2020) |
| 12/29/2020 | Ï 18 | ORDER granting 9 Motion for Pro hac vice as to Jack Shaw. Signed by District Judge Leonie M. Brinkema on 12/29/2020. (dvanm, ) Modified on 12/30/2020 (dvanm, ). (Entered: 12/30/2020) |
| 12/29/2020 | Ï 19 | ORDER granting 10 Motion for Pro hac vice as to John Downing. Signed by District Judge Leonie M. Brinkema on 12/29/2020. (dvanm, ) Modified on 12/30/2020 (dvanm, ). (Entered: 12/30/2020) |
| 12/29/2020 | Ï 20 | ORDER granting 11 Motion for Pro hac vice as to Jon Waldrop. Signed by District Judge Leonie M. Brinkema on 12/29/2020. (dvanm, ) Modified on 12/30/2020 (dvanm, ). (Entered: 12/30/2020) |

| | | |
|---|---|---|
| 12/29/2020 | Ï 21 | ORDER granting 12 Motion for Pro hac vice as to Marcus Barber. Signed by District Judge Leonie M. Brinkema on 12/29/2020. (dvanm, ) Modified on 12/30/2020 (dvanm, ). (Entered: 12/30/2020) |
| 12/29/2020 | Ï 22 | ORDER granting 13 Motion for Pro hac vice as to Paul Williams. Signed by District Judge Leonie M. Brinkema on 12/29/2020. (dvanm, ) Modified on 12/30/2020 (dvanm, ). (Entered: 12/30/2020) |
| 12/29/2020 | Ï 23 | ORDER granting 14 Motion for Pro hac vice as to ThucMinh Nguyen. Signed by District Judge Leonie M. Brinkema on 12/29/2020. (dvanm, ) (Entered: 12/30/2020) |
| 12/30/2020 | Ï 15 | MOTION to Transfer Case *(Stipulated)* by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Rabicoff, Isaac) (Entered: 12/30/2020) |
| 12/30/2020 | Ï 24 | Transfer 15 is So Ordered. Signed by District Judge Leonie M. Brinkema on 12/30/2020. (dvanm, ) (Entered: 12/30/2020) |
| 12/30/2020 | Ï | Case transferred to District of Western Washington. Original file, certified copy of transfer order, and docket sheet sent. (dvanm, ) (Entered: 12/30/2020) |