HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:20-cv-01878-BJR<br><br>**NOTICE OF APPEARANCE**<br><br>[*Clerk's Action Required*] |

TO:     CLERK OF THE COURT

PLEASE TAKE NOTICE that Blake Marks-Dias and Eric A. Lindberg hereby enter their appearance in the above-titled proceeding on behalf of Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff"). All further pleadings or notices of any nature whatsoever, except original process, in this case may be served upon said Plaintiff by delivering a copy thereof to the undersigned at the address below stated.

DATED this 7th day of January, 2021.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154
(206) 625-8600 Phone
Email: bmarks-dias@corrcronin.com

NOTICE OF APPEARANCE – 1
(CASE NO. 2:20-cv-01878-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CORR CRONIN LLP

*s/ Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154
(206) 625-8600 Phone
Email: elindberg@corrcronin.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development*

NOTICE OF APPEARANCE – 2
(CASE NO. 2:20-cv-01878-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Christy A. Nelson*
Christy A. Nelson

NOTICE OF APPEARANCE – 3
(CASE NO. 2:20-cv-01878-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900