HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:20-cv-01878-BJR<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT** |

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant F5 Networks, Inc. ("F5 Networks") (collectively, "Parties") by and through their respective counsel of record, respectfully submit this Stipulation to extend the time for F5 Networks to answer WSOU's Complaint for Patent Infringement.

The Parties hereby stipulate through their respective counsel as follows:

WHEREAS, on November 6, 2020, WSOU filed a Complaint for Patent Infringement against F5 Networks in the above-captioned action (Dkt. 1) ("Action");

WHEREAS, on November 6, 2020, F5 Networks waived the service of summons (Dkt. 6);

STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT – 1
(CASE NO. 2:20-cv-01878-BJR)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

WHEREAS, on December 30, 2020 the Parties filed a Stipulated Motion to Transfer the Action to the United States District Court for the Western District of Washington (Dkt. 15);

WHEREAS, on December 30, 2020, United States District Judge Leonie Brinkema ordered the Action to be transferred to the United States District Court for the Western District of Washington (Dkt. 24);

WHEREAS, on December 30, 2020, the Action was transferred to the United States District Court for the Western District of Washington (Dkt. 25);

WHEREAS, on January 6, 2021, the Clerk of the United States District Court for the Western District of Washington issued a letter acknowledging receipt of this Action from the United States District Court for the Eastern District of Virginia, and advising of the Action's assignment to United States District Judge Barbara Rothstein;

WHEREAS, F5 Networks's answer to WSOU's Complaint was due January 5, 2021; and

WHEREAS, in light of the recent transfer of the Action to the United States District Court for the Western District of Washington, the Parties agreed to extend the time for F5 Networks's answer to WSOU's Complaint to January 28, 2021.

IT IS HEREBY STIPULATED AND AGREED, by among the Parties and their respective counsel of record, with the permission of the Court, that F5 Networks's deadline to answer WSOU's Complaint is January 28, 2021.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 12th day of January, 2021.

STIPULATION TO EXTEND THE TIME FOR DEFENDANT
TO ANSWER PLAINTIFF'S COMPLAINT – 2
(CASE NO. 2:20-cv-01878-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

By: *s/ Stephen E. Baskin*
    Stephen E. Baskin (VA Bar No. 47567)
    sbaskin@kslaw.com
    **KING & SPALDING LLP**
    1700 Pennsylvania Avenue, NW
    2nd Floor
    Washington, DC 20006-4707
    Telephone: (202) 626-2938

    D. Shane Brun (CA Bar No. 179079)
    sbrun@kslaw.com
    (Pro hac vice forthcoming)
    King & Spalding LLP
    601 California Avenue, Suite 100
    Palo Alto, CA 94304
    Telephone: (415) 318-1245

    Angela Tarasi (CO Bar No. 45250)
    atarasi@kslaw.com
    King & Spalding LLP
    1400 16th Street
    16 Market Square
    Suite 400
    Denver, CO 80202
    Telephone: (720) 535-2319

**Attorneys for Defendant
F5 NETWORKS, INC.**

By: *s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
bmarks-dias@corrcronin.com
Eric A. Lindberg, WSBA No. 43596
elindberg@corrcronin.com
**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: (206) 625-8600

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted *pro hac vice*)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted *pro hac vice*)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted *pro hac vice*)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted *pro hac vice*)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted *pro hac vice*)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted *pro hac vice*)
jshaw@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted *pro hac vice*)
tnguyen@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170

Paul G. Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND
DEVELOPMENT**

STIPULATION TO EXTEND THE TIME FOR DEFENDANT
TO ANSWER PLAINTIFF'S COMPLAINT – 3
(CASE NO. 2:20-cv-01878-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ORDER**

Based on the foregoing, IT IS SO ORDERED that Defendant F5 Networks, Inc.'s time to answer, move, or otherwise respond to Plaintiff's Complaint is extended to January 28, 2021.

DATED:  January 13, 2021

_____
HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND THE TIME FOR DEFENDANT
TO ANSWER PLAINTIFF'S COMPLAINT – 4
(CASE NO. 2:20-cv-01878-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900