HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WSOU INVESTMENTS, LLC, d/b/a BRAZOS
LICENSING AND DEVELOPMENT,

                                    Plaintiff,

v.

F5 NETWORKS, INC.,

                                    Defendant.

No. 2:20-cv-01878-BJR

**STIPULATION REGARDING
FORTHCOMING ACTIONS AND TO
FURTHER EXTEND THE TIME FOR
DEFENDANT TO ANSWER
PLAINTIFF'S COMPLAINT**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU")
and Defendant F5 Networks, Inc. ("F5 Networks") (collectively, "Parties") by and through their
respective counsel of record, respectfully submit this Stipulation regarding forthcoming actions
and to further extend the time for F5 Networks to answer WSOU's Complaint for Patent
Infringement.

The Parties hereby stipulate through their respective counsel as follows:

WHEREAS, on November 6, 2020, WSOU filed a Complaint for Patent Infringement
against F5 Networks in the above-captioned action (Dkt. 1) ("Action");

WHEREAS, prior to filing this Action, on September 15, 2020, WSOU filed other
Complaints for Patent Infringement against F5 Networks in the United States District Court for

STIPULATION RE FORTHCOMING ACTIONS
AND TO FURTHER EXTEND THE TIME FOR
DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT- 1
(CASE NO. 2:20-CV-01878-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

the Eastern District of Virginia:  (1) *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Defendant F5 Networks, Inc.*, Case No. 3:20-cv-00719-JAG ("E.D. Va. Action 1"), Dkt. 1; (2) *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Defendant F5 Networks, Inc.*, Case No. 3:20-cv-00720-JAG ("E.D. Va. Action 2"), Dkt. 1; (3) *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Defendant F5 Networks, Inc.*, Case No. 3:20-cv-00721-JAG ("E.D. Va. Action 3"), Dkt. 1; and (4) *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Defendant F5 Networks, Inc.*, Case No. 3:20-cv-00724-JAG ("E.D. Va. Action 4"), Dkt. 1) (collectively, "E.D. Va. Actions");

WHEREAS, on November 6, 2020, F5 Networks waived the service of summons in this Action (Dkt. 6) and the E.D. Va. Actions (E.D. Va. Action 1, Dkt. 7; E.D. Va. Action 2, Dkt. 7, E.D. Va. Action 3, Dkt. 8; E.D. Va. Action 4, Dkt. 7);

WHEREAS, on December 30, 2020, the Parties filed a Stipulated Motion to Transfer this Action to the United States District Court for the Western District of Washington (Dkt. 15);

WHEREAS, on December 30, 2020, United States District Judge Leonie Brinkema ordered this Action to be transferred to the United States District Court for the Western District of Washington (Dkt. 24);

WHEREAS, on December 30, 2020, this Action was transferred to the United States District Court for the Western District of Washington (Dkt. 25);

WHEREAS, on January 6, 2021, the Clerk of the United States District Court for the Western District of Washington issued a letter acknowledging receipt of this Action from the United States District Court for the Eastern District of Virginia, and advising of the Action's assignment to United States District Judge Barbara Rothstein;

WHEREAS, F5 Networks's answer to WSOU's Complaint in this Action was originally due January 5, 2021;

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

WHEREAS, on January 12, 2021, the Parties filed a Stipulation to Extend the Time for F5 Networks to Answer WSOU's Complaint in this Action from January 5, 2021 to January 28, 2021 (Dkt. 44), which was granted on January 13, 2021 (Dkt. 45);

WHEREAS, F5 Networks has not yet answered WSOU's Complaints in the E.D. Va. Actions;

WHEREAS F5 Networks's deadline to answer WSOU's Complaints in the E.D. Va. Actions was previously extended from January 5, 2021 February 5, 2021 (E.D. Va. Action 1, Dkts. 28 & 29; E.D. Va. Action 2, Dkts. 28 & 29; E.D. Va. Action 3, Dkts. 29 & 30; E.D. Va. Action 4, Dkts. 28 & 29);

WHEREAS, WSOU intends to voluntarily dismiss without prejudice the E.D. Va. Actions pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and re-file the E.D. Va. Actions in the United States District Court for the Western District of Washington;

WHEREAS, the Parties agree that WSOU's voluntary dismissals without prejudice shall have no effect whatsoever on WSOU's right to dismiss any of the E.D. Va. Actions without prejudice in the future, including WSOU's right to dismiss any of them without prejudice in the United States District Court for the Western District of Washington;

WHEREAS, in light of the E.D. Va. Actions to be re-filed in United States District Court for the Western District of Washington, the Parties agree to further extend the time for F5 Networks's answer to WSOU's Complaint in this Action to February 28, 2021; and

WHEREAS, the Parties agree that F5 Networks shall answer WSOU's Complaints in the forthcoming actions to be re-filed from the United States District Court for the Eastern District of Virginia by February 28, 2021.

IT IS HEREBY STIPULATED AND AGREED, by among the Parties and their respective counsel of record, with the permission of the Court, that (1) WSOU's voluntary dismissals of the E.D. Va. Actions without prejudice shall have no effect whatsoever on

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

WSOU's right to dismiss any of the E.D. Va. Actions without prejudice in the future, including WSOU's right to dismiss any of them without prejudice in the United States District Court for the Western District of Washington, (2) F5 Networks's deadline to answer WSOU's Complaint in this Action is February 28, 2021, and (3) F5 Networks's deadline to answer WSOU's Complaints in the forthcoming actions to be re-filed from the United States District Court for the Eastern District of Virginia is February 28, 2021.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATION REGARDING FORTHCOMING ACTIONS
AND TO FURTHER EXTEND THE TIME FOR
DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT - 4
(CASE NO. 2:20-CV-01878-BJR)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Dated:  January 27, 2021

By:  *s/ Ramsey M. Al-Salam*
    Ramsey M. Al-Salam, WSBA No. 18822
    RAlSalam@perkinscoie.com
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: (206) 359-8000

    Stephen E. Baskin (VA Bar No. 47567)
    sbaskin@kslaw.com
    **KING & SPALDING LLP**
    1700 Pennsylvania Avenue, NW
    2nd Floor
    Washington, DC 20006-4707
    Telephone: (202) 626-2938

    D. Shane Brun (CA Bar No. 179079)
    sbrun@kslaw.com
    (Pro hac vice forthcoming)
    **KING & SPALDING LLP**
    601 California Avenue, Suite 100
    Palo Alto, CA 94304
    Telephone: (415) 318-1245

    Angela Tarasi (CO Bar No. 45250)
    atarasi@kslaw.com
    **KING & SPALDING LLP**
    1400 16th Street
    16 Market Square
    Suite 400
    Denver, CO 80202
    Telephone: (720) 535-2319

    **Attorneys for Defendant**
    **F5 NETWORKS, INC.**

By:  *s/ Blake Marks-Dias*
    Blake Marks-Dias, WSBA No. 28169
    bmarks-dias@corrcronin.com
    Eric A. Lindberg, WSBA No. 43596
    elindberg@corrcronin.com
    **CORR CRONIN LLP**
    1001 Fourth Avenue, Suite 3900
    Seattle, WA 98154
    Telephone: (206) 625-8600

    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted *pro hac vice*)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted *pro hac vice*)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted *pro hac vice*)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted *pro hac vice*)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted *pro hac vice*)
    hkim@kasowitz.com
    Jack Shaw (CA Bar No. 309382)
    (Admitted *pro hac vice*)
    jshaw@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted *pro hac vice*)
    tnguyen@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170

    Paul G. Williams (GA Bar No. 764925)
    (Admitted *pro hac vice*)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080

    **Attorneys for Plaintiff**
    **WSOU INVESTMENTS, LLC d/b/a**
    **BRAZOS LICENSING AND**
    **DEVELOPMENT**

STIPULATION REGARDING FORTHCOMING ACTIONS
AND TO FURTHER EXTEND THE TIME FOR
DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT - 5
(CASE NO. 2:20-CV-01878-BJR)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

### ORDER

Based on the foregoing, IT IS SO ORDERED that:

(1)     WSOU Investments, LLC d/b/a Brazos Licensing and Development's ("WSOU")
voluntary dismissals of *WSOU Investments, LLC d/b/a Brazos Licensing and Development v.
Defendant F5 Networks, Inc.*, Case No. 3:20-cv-00719-JAG, *WSOU Investments, LLC d/b/a
Brazos Licensing and Development v. Defendant F5 Networks, Inc.*, Case No. 3:20-cv-00720-JAG,
*WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Defendant F5 Networks,
Inc.*, Case No. 3:20-cv-00721-JAG, and *WSOU Investments, LLC d/b/a Brazos Licensing and
Development v. Defendant F5 Networks, Inc.*, Case No. 3:20-cv-00724-JAG (collectively, "E.D.
Va. Actions") without prejudice shall have no effect whatsoever on WSOU's right to dismiss any
of the E.D. Va. Actions without prejudice in the future, including WSOU's right to dismiss any of
them without prejudice in the United States District Court for the Western District of Washington;

(2)     Defendant F5 Networks, Inc.'s ("F5 Networks") time to answer WSOU's
Complaint in this Action is extended to February 28, 2021; and

(3)     F5 Networks's deadline to answer WSOU's Complaints in the forthcoming actions
to be re-filed from the United States District Court for the Eastern District of Virginia is February
28, 2021.

DATED: _____January 28, 2021_____

_____
HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION RE FORTHCOMING ACTIONS
AND TO FURTHER EXTEND THE TIME FOR
DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT- 6
(CASE NO. 2:20-CV-01878-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900