THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS LLC, dba BRAZOS LICENSING AND DEVELOPMENT<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:20-cv-01878-BJR<br><br>**DEFENDANT'S NOTICE OF RELATED CASES UNDER LCR 3(g)** |

Defendant F5 Networks, Inc. hereby provides notice of the following related cases in this District, which involve the same parties, and also involve a claim of patent infringement (although different patents):

2:21-cv-00123-RSM
2:21-cv-00124-RAJ
2:21-cv-00125-DWC
2:21-cv-00126-BJR

Dated: February 10, 2021.

PERKINS COIE LLP

By: /s/ Ramsey M. Al-Salam
Ramsey M. Al-Salam, WSBA No. 18822
Stevan R. Stark, WSBA No. 39639
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000/Fax: 206.359.9000

DEFENDANT'S NOTICE OF RELATED CASES UNDER LCR 3(g) – 1
(No. 2:20-cv-01878-JBR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2
                        Email: RAlSalam@perkinscoie.com
                        Email: Stark@perkinscoie.com
                        Attorneys for Defendant

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANT'S NOTICE OF RELATED CASES
UNDER LCR 3(g) – 2
(No. 2:20-cv-01878-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

/s/ Ramsey M. Al-Salam
Ramsey M. Al-Salam

DEFENDANT'S NOTICE OF RELATED CASES
UNDER LCR 3(g) – 3
(No. 2:20-cv-01878-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000