UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WSOU INVESTMENTS LLC,

                Plaintiff(s),

v.

F5 NETWORKS INC,

                Defendant(s).

CASE NO.
2:20–cv–01878–BJR

ORDER SETTING TRIAL DATES
AND RELATED DATES

| | |
|---|---|
| JURY TRIAL DATE | June 6, 2022 |
| Preliminary infringement contentions and disclosure of asserted claims | April 27, 2021 |
| Deadline for joining additional parties | May 12, 2021 |
| Deadline for filing amended pleadings | May 24, 2021 |
| Disclosure of preliminary invalidity contentions | June 17, 2021 |
| Reports from expert witnesses regarding <u>Markman</u> issues due | June 1, 2021 |
| Rebuttal expert reports regarding <u>Markman</u> issues due | June 16, 2021 |
| Proposed terms for construction | July 15, 2021 |
| Preliminary claim chart | August 19, 2021 |

| | |
|---|---|
| Joint claim chart and prehearing statement | September 30, 2021 |
| Joint claim chart and prehearing statement | September 30, 2021 |
| Opening claim construction briefs due | October 25, 2021 |
| Responsive claim contruction briefs due | November 8, 2021 |
| <u>Markman</u> hearing | December 22, 2021 |
| Reports from expert witnesses under FRCP 26(a)(2) due | November 8, 2021 |
| Discovery completed by | December 8, 2021 |
| All dispositive motions must be filed by | January 7, 2022 |
| All motions *in limine* must be filed by | May 2, 2022 |
| Joint Pretrial Statement | May 9, 2022 |
| Pretrial conference | May 23, 2022 |
| Length of Jury Trial | 7 Days |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates identified in this Order, the Standing Order, or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery in the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel

must notify the Courtroom Deputy Clerk in writing within **TEN (10) days** of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**SO ORDERED.**

The 12th of April 2021.

_Barbara J. Rothstein_

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE