HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | No. 2:20-cv-01878-BJR<br>No. 2:21-cv-00123-BJR<br>No. 2:21-cv-00124-BJR |
| Plaintiff, | No. 2:21-cv-00125-BJR<br>No. 2:21-cv-00126-BJR |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT F5 NETWORKS, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW** |
| F5 NETWORKS, INC., | |
| Defendant. | |

This matter came before the Court is Defendant F5 Networks, Inc.'s Motion to Stay Pending *Inter Partes* Review.  Having considered the parties' submissions, the Court GRANTS Defendant's Motion.  Case No. 2:21-cv-00123-BJR; No. 2:21-cv-00125-BJR; and No. 2:21-cv-00126-BJR are stayed pending *Inter Partes* Review of the patents-in-suit. The Parties shall file joint reports with respect to the status of the *Inter Partes* Review proceedings on January 2, 2022 and on June 1, 2022.

**IT IS SO ORDERED**.

DATED this _____ of _____, 2021.

_____
The Honorable Barbara J. Rothstein
United States District Judge

[PROPOSED] ORDER - 1
(CONSOLIDATED UNDER CASE NO. 2:20-cv-01878-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

By: /s/ *Shane Brun*
          Shane Brun

KING & SPALDING LLP

Shane Brun (*Pro Hac Vice*)
sbrun@kslaw.com
601 S. California Ave.
Suite 100
Palo Alto, CA 94304
Telephone: (415) 318-1245
Fax: (415) 318-1200

Angela Tarasi (*Pro Hac Vice*)
atarasi@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO  80202
Telephone: (720) 535-2319

Brent Ray (*Pro Hac Vice*)
bray@kslaw.com
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6925

Ryan Schmid (*Pro Hac Vice*)
rschmid@kslaw.com
Patrick Lafferty (*Pro Hac Vice*)
plafferty@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500

PERKINS COIE LLP
Ramsey M. Al-Salam, WSBA No. 18822
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000/Fax: 206.359.9000
Email: RAlSalam@perkinscoie.com

Attorneys for F5 NETWORKS, INC.

[PROPOSED] ORDER - 2
(CONSOLIDATED UNDER CASE NO. 2:20-cv-01878-BJR)