HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC., a Washington Corporation,<br><br>Defendant. | No. 2:20-cv-01878-BJR<br>No. 2:21-cv-00124-BJR<br>No. 2:21-cv-00125-BJR<br>No. 2:21-cv-00126-BJR<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to LCR 16(b)(6), Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and Development ("WSOU" or "Plaintiff") and Defendant F5 Networks, Inc. ("F5" or "Defendant") (collectively, "Parties"), by and through their undersigned counsel, hereby jointly move the Court to modify its April 26, 2021 Order on Motion to Modify Order Setting Trial Dates and Related Dates (No. 2:20-cv-01878-BJR, Dkt. 64; "Scheduling Order"), which sets forth the current case schedule for the above-captioned actions. The Parties' requested modifications and good cause basis for these modifications are identified below.

**A.   Basis for Proposed Modifications**

Under the current Scheduling Order, fact discovery is scheduled to close in just four weeks, on January 6, 2021, right after the winter holidays. However, in light of the Parties' ongoing fact

JOINT MOTION TO MODIFY SCHEDULING ORDER – 1
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

discovery disputes, the status of fact discovery, and the limited time remaining in the fact discovery period, the parties seek a 60-day extension of the close of fact discovery, as well as corresponding extensions of subsequent case deadlines. Document production is still ongoing and the parties still have a number of fact depositions to take.

Compounding these hurdles, the next four weeks include (i) the winter holidays, during which fact witnesses, outside counsel, and in-house counsel for both sides will have limited availability, and (ii) the *Markman* hearing on December 22, 2021, which will require significant time and attention from the Parties.

The Parties' proposed schedule modifications adjust the fact discovery period by 60 days (from January 6, 2022 to March 7, 2022), and provide proportional extensions of all subsequent case deadlines, including the trial date. There is good cause for these adjustments in light of the Parties' ongoing fact discovery disputes, the current status of fact discovery, and the limited time remaining for fact discovery, as summarized above.

JOINT MOTION TO MODIFY SCHEDULING ORDER – 2
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

B.  **Proposed Revised Schedule**

The chart below identifies the Parties' proposed revisions to the case schedule to account for the issues identified above:

| Event | LPR | Scheduling Order (Dkt. 64) | Joint Modification Proposal |
|---|---|---|---|
| *Markman* hearing | LPR 135 (as ordered by the Court) | December 22, 2021 | No change |
| Discovery completed by [Close of Fact Discovery] | | January 6, 2022 | March 7, 2022 |
| Reports from expert witnesses under FRCP 26(a)(2) due [Opening Expert Reports] | | February 3, 2022 | April 4, 2022 |
| Rebuttal Expert Reports | | March 3, 2022 | May 2, 2022 |
| Close of Expert Discovery | | March 17, 2022 | May 20, 2022 |
| All dispositive and *Daubert* motions must be filed by | | April 7, 2022 | June 9, 2022 |
| Oppositions to dispositive and *Daubert* motions | | April 28, 2022 | June 30, 2022 |
| Replies in support of dispositive and *Daubert* motions | | May 12, 2022 | July 14, 2022 |
| All motions *in limine* must be filed by | | August 1, 2022 | September 30, 2022 |
| Joint Pretrial Statement | | August 8, 2022 | October 7, 2022 |
| Oppositions to Motions in Limine (no replies authorized unless ordered otherwise by the Court) | | August 15, 2022 | October 14, 2022 |
| Pretrial conference | | August 22, 2022 | October 31, 2022, subject to the Court's approval |
| Jury Trial (7 days) | | August 29, 2022 | November 7, 2022, subject to the Court's approval |

JOINT MOTION TO MODIFY SCHEDULING ORDER – 3
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

C.     **Consolidated Case Schedule**

The Parties also request confirmation that the Court's schedule applies to all four cases identified below. (*See* Dkt. 60, Part 5.C.)

| | **Case Caption** | **Patent-in-Suit** | **Accused Product** |
|---|---|---|---|
| 1 | *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc.*, Case No. 2:21-cv-01878-BJR | U.S. Patent No. 7,953,884 | BIG-IP Policy Enforcement Manager |
| 2 | *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc.*, Case No. 2:21-cv-00124-BJR | U.S. Patent No. 9,584,330 | BIG-IP Policy Enforcement Manager |
| 3 | *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc.*, Case No. 2:21-cv-00125-BJR | U.S. Patent No. 8,248,940 | BIG-IP Policy Enforcement Manager |
| 4 | *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc.*, Case No. 2:21-cv-00126-BJR | U.S. Patent No. 7,548,945 | BIG-IP DNS |

JOINT MOTION TO MODIFY SCHEDULING ORDER – 4
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 13th day of December, 2021.

| | |
|---|---|
| PERKINS COIE LLP | CORR CRONIN LLP |
| By: *Ramsey M. Al-Salam (via email authorization)*<br>Ramsey M. Al-Salam, WSBA No. 18822<br>Stevan R. Stark, WSBA No. 39639<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-8000<br>RAlSalam@perkinscoie.com<br>SStark@perkinscoie.com<br><br>Stephen E. Baskin<br>(Pending *pro hac vice*)<br>sbaskin@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>2nd Floor<br>Washington, DC 20006-4707<br>Telephone: (202) 626-2938<br><br>D. Shane Brun<br>(Pending *pro hac vice*)<br>sbrun@kslaw.com<br>KING & SPALDING LLP<br>601 California Avenue, Suite 100<br>Palo Alto, CA 94304<br>Telephone: (415) 318-1245<br><br>Angela Tarasi<br>(Pending *pro hac vice*)<br>atarasi@kslaw.com<br>KING & SPALDING LLP<br>1400 16th Street<br>16 Market Square<br>Suite 400<br>Denver, CO 80202<br>Telephone: (720) 535-2319<br><br>*Attorneys for Defendant* | By: *s/ Eric A. Lindberg*<br>Blake Marks-Dias, WSBA No. 28169<br>Eric A. Lindberg, WSBA No. 43596<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarks-dias@corrcronin.com<br>elindberg@corrcronin.com<br><br>Jonathan K. Waldrop  (Admitted *pro hac vice*)<br>jwaldrop@kasowitz.com<br>Darcy L. Jones  (Admitted *pro hac vice*)<br>djones@kasowitz.com<br>Marcus A. Barber (Admitted *pro hac vice*)<br>mbarber@kasowitz.com<br>John W. Downing  (Admitted *pro hac vice*)<br>jdowning@kasowitz.com<br>Heather S. Kim (Admitted *pro hac vice*)<br>hkim@kasowitz.com<br>Jack Shaw  (Admitted *pro hac vice*)<br>jshaw@kasowitz.com<br>ThucMinh Nguyen (Admitted *pro hac vice*)<br>tnguyen@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br><br>Paul G. Williams (Admitted *pro hac vice*)<br>pwilliams@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, Georgia 30309<br>Telephone: (404) 260-6080<br><br>*Attorneys for Plaintiff* |

JOINT MOTION TO MODIFY SCHEDULING ORDER – 5
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

IT IS SO ORDERED.

DATED this 16th day of December, 2021.

_____
HONORABLE BARBARA J. ROTHSTEIN

JOINT MOTION TO MODIFY SCHEDULING ORDER – 6
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

**Corr Cronin LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Christy A. Nelson*
Christy A. Nelson

JOINT MOTION TO MODIFY SCHEDULING ORDER – 7
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900