HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>F5 NETWORKS, INC.,<br><br>　　　　　　Defendant. | No. 2:20-cv-01878-BJR<br>No. 2:21-cv-00124-BJR<br>No. 2:21-cv-00125-BJR<br>No. 2:21-cv-00126-BJR<br><br>**STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant F5 Networks, Inc. ("F5") (collectively, "Parties") jointly move for an order extending the briefing deadlines associated with F5's Motion to Stay Pending *Inter Partes* Review ("Motion"), which was filed on November 23, 2021. Pursuant to Section II(A) of the Standing Order for All Civil Cases, WSOU's opposition to the Motion was due December 14, 2021, and F5's reply in support of its Motion is due December 28, 2021. As the current briefing schedule falls over multiple holidays, the Parties respectfully request the Court extend the deadline for WSOU to file its opposition to December 21, 2021, and the deadline for F5 to file its reply to

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 1
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

January 4, 2022.  The Parties agree that extending the briefing deadlines on F5's Motion will not impact any other case deadlines.

      Respectfully submitted this 21st day of December, 2021

| | |
|---|---|
| By: *s/ Eric A. Lindberg*<br>Blake Marks-Dias, WSBA No. 28169<br>Eric A. Lindberg, WSBA No. 43596<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>(206) 625-8600 Phone<br>bmarks-dias@corrcronin.com<br>elindberg@corrcronin.com<br><br>Jonathan K. Waldrop (Admitted *Pro Hac Vice*)<br>jwaldrop@kasowitz.com<br>Darcy L. Jones (Admitted *Pro Hac Vice*)<br>djones@kasowitz.com<br>Marcus A. Barber (Admitted *Pro Hac Vice*)<br>mbarber@kasowitz.com<br>John W. Downing (Admitted *Pro Hac Vice*)<br>jdowning@kasowitz.com<br>Heather S. Kim (Admitted *Pro Hac Vice*)<br>hkim@kasowitz.com<br>Jack Shaw (Admitted *Pro Hac Vice*)<br>jshaw@kasowitz.com<br>ThucMinh Nguyen (Admitted *Pro Hac Vice*)<br>tnguyen@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br><br>Paul G. Williams (Admitted *Pro Hac Vice*)<br>pwilliams@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, Georgia 30309<br>Telephone: (404) 260-6080 | By: *s/ Ramsey M. Al-Salam (via email authorization)*<br>Ramsey M. Al-Salam, WSBA No. 18822<br>Stevan R. Stark, WSBA No. 39639<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-8000<br>RAlSalam@perkinscoie.com<br>SStark@perkinscoie.com<br><br>Stephen Baskin (Admitted *Pro Hac Vice*)<br>Patrick Lafferty (Admitted *Pro Hac Vice*)<br>Ryan A. Schmid (Admitted *Pro Hac Vice*)<br>KING & SPALDING LLP<br>1700 Pennsylvania Ave, NW, 2nd Floor<br>Washington, DC 20006-4707<br>Telephone: (202) 626-2938<br>sbaskin@kslaw.com<br>plafferty@kslaw.com<br>rschmid@kslaw.com<br><br>D. Shane Brun (Admitted *Pro Hac Vice*)<br>KING & SPALDING LLP<br>601 California Avenue, Suite 100<br>Palo Alto, CA 94304<br>sbrun@kslaw.com<br>Telephone: (415) 318-1245<br><br>Angela Tarasi (Admitted *Pro Hac Vice*)<br>KING & SPALDING LLP<br>1400 16th Street<br>16 Market Square, Suite 400<br>Denver, CO 80202<br>Telephone: (720) 535-2319<br>atarasi@kslaw.com |

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 2
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Hershy Stern (Admitted *Pro Hac Vice*)<br>hstern@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1794<br>hstern@kasowitz.com<br><br>**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT** | Brent P. Ray (Admitted *Pro Hac Vice*)<br>King & Spalding LLP<br>110 N Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>Telephone: (312) 764-6925<br>bray@kslaw.com<br><br>**ATTORNEYS FOR DEFENDANT F5 NETWORKS, INC.** |

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 3
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

IT IS SO ORDERED.

DATED this 22nd day of December, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 4
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                         *s/ Monica Dawson*
                         Monica Dawson

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 5
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900