HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WSOU INVESTMENTS, LLC d/b/a BRAZOS
LICENSING AND DEVELOPMENT,

Plaintiff,

v.

F5 NETWORKS, INC.,

Defendant.

No. 2:20-cv-01878-BJR
No. 2:21-cv-00124-BJR
No. 2:21-cv-00125-BJR
No. 2:21-cv-00126-BJR

**ORDER GRANTING JOINT MOTION TO SEAL**

This matter came before the Court on the parties' Joint Motion to Seal (the "Motion").

Having considered the parties' submissions, the Court GRANTS the Motion.

IT IS SO ORDERED.

DATED this 22nd day of December, 2022.

_____
The Honorable Barbra J. Rothstein
United States District Judge

Presented by:

ORDER GRANTING JOINT MOTION TO SEAL - 1  (CASE NOS.
2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900