1

2

3

4

5

6

7

8

9

**HONORABLE BARBARA J. ROTHSTEIN**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10

11

12

13

14

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                                    Plaintiff,<br><br>        v.<br><br>F5 NETWORKS, INC.,<br><br>                                    Defendant. | No. 2:20-cv-01878-BJR<br>No. 2:21-cv-00124-BJR<br>No. 2:21-cv-00125-BJR<br>No. 2:21-cv-00126-BJR |

15

16

**DECLARATION OF HERSHY STERN IN SUPPORT OF**
**PLAINTIFF'S MOTION TO MODIFY CASE SCHEDULE**

17

I, Hershy Stern, declare as follows:

18

19

20

21

22

23

1.       I am a Partner with the law firm of Kasowitz Benson Torres LLP.  I am one of the attorneys responsible for the representation of Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") in the above-captioned litigations against Defendant F5 Networks, Inc. ("F5"), and make this declaration in support of WSOU's Motion to Modify Case Schedule.

24

25

2.       If called to testify under oath in court, I could and would testify competently to the facts stated herein.

STERN DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION TO MODIFY CASE SCHEDULE - 1
(CASE NOS. 20-CV-01878-BJR, 2:21-CV-00124-BJR, 2:21-CV-
00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

3.      Attached hereto as **Exhibit 1** is a true and correct copy of an email from the Court, dated March 8, 2022.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of an email from Heather Kim to Angela Tarasi, dated March 11, 2022.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of an email from Heather Kim to Angela Tarasi, dated March 15, 2022.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of an email from Hershy Stern to Angela Tarasi, dated March 15, 2022.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of an email from Angela Tarasi to Hershy Stern, dated March 16, 2022.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of an email from the Court, dated March 17, 2022.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 17th day of March 2022, in New York, New York.

/s/ Hershy Stern
Hershy Stern

STERN DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION TO MODIFY CASE SCHEDULE - 2
(CASE NOS. 20-CV-01878-BJR, 2:21-CV-00124-BJR, 2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

2

## CERTIFICATE OF SERVICE

3    I hereby certify that on March 17, 2022, I caused the foregoing document to be

4 electronically filed with the Clerk of the Court using the CM/ECF system, which will send

5 notification of such filing to all counsel of record.

6

7

8                                              s/ Christy A. Nelson
                                               Christy A. Nelson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STERN DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION TO MODIFY CASE SCHEDULE - 3
(CASE NOS. 20-CV-01878-BJR, 2:21-CV-00124-BJR, 2:21-CV-
00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900